FILED - LN
June 5, 2020 11:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clw /   SCANNED BY: clw / cls

UNITED STATES DISTRICT COURT

# memorandum

DATE: 6/3/2020

REPLY TO ATTN OF: Christa W.

SUBJECT: Possibly Related Case

CASE NUMBER: 1:20-cv-496

CASE CAPTION: Davis et al v. Clare County et al

TO: Magistrate Judge Kent

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Janet T. Neff        Case Number 1:20-cv-488

                           Case Number _____

                           Case Number _____

___ Case is related        _X_ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

___ (1) relates to property involved in an earlier numbered pending suit

___ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

___ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

___ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: These two cases meet the definition of cognate cases under W.D. Mich. LCivR 3.3.2(c)(i) and should be assigned to a single judge.

Dated: 6/5/2020          _____
                         Signature

___ Direct assignment performed      clw      6/5/20
_X_ Random assignment performed    Initials   Date

07/15